1

2

3

4              UNITED STATES DISTRICT COURT

5                    DISTRICT OF NEVADA

6                          * * *

7    PERCY LAVAE BACON,                )          2:11-CV-00900-KJD-GWF
                                        )
8              Plaintiff,               )          **ORDER**
                                        )
9    vs.                                )
                                        )
10   DAVID ROGER, *et al.*,             )
                                        )
11             Defendants.              )
                                        )
12

13         Before the Court for consideration is Defendant David Roger, Clark

14   County District Attorney's fully briefed Motion to Dismiss Plaintiff's Complaint

15   (Doc. #5).  The Court finds that for the reasons set forth in Defendant Roger's

16   Motion, Defendant Roger is entitled to the relief requested.

17         As argued in Defendant Roger's Motion, Plaintiff's civil rights claims now

18   before the Court attempt to collaterally attack his criminal conviction or sentence

19   through a civil lawsuit against the prosecutor.  Taking the allegations set forth in

20   Plaintiff's Complaint as true, Plaintiff fails to state a claim for relief because

21   Defendant Roger, as District Attorney of Clark County, Nevada, has absolute

22   prosecutorial immunity from suit for his conduct as prosecutor in Plaintiff Bacon's

23   underlying criminal case.

24   / / /

25   / / /

26   / / /

1   **IT IS THEREFORE ORDERED** that Defendant David Roger, Clark

2   County District Attorney's Motion to Dismiss (Doc. #5) is **GRANTED**, and that the

3   Clerk of Court shall forthwith enter judgment in favor of Defendant David Roger,

4   Clark County District Attorney, and against Plaintiff Percy Bacon.

5

6   DATED: August 16, 2011.

7

8   _____
    PHILIP M. PRO
9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26