UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PERCY LAVAE BACON, | ) | 2:11-CV-00900-KJD-GWF |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID ROGER, *et al.*, | ) | |
| Defendants. | ) | |

The Honorable Kent J. Dawson, United States District Judge, having recused himself as presiding judge in this case, and good cause appearing,

**IT IS ORDERED** that Plaintiff Bacon's Motion to Remove Kent J. Dawson From This Matter (Doc. #6) is **DENIED** as moot.

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge