UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PERCY LAVAE BACON, | ) | 2:11-CV-00900-KJD-GWF |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID ROGER, *et al.*, | ) | |
| Defendants. | ) | |

The Court having read and considered Plaintiff Bacon's Urgent Motion for Preliminary Injunction (Doc. #9) and Defendant's Response thereto (Doc. #13), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. #9) is **DENIED** for reason that Defendant Roger, as District Attorney of Clark County, Nevada, has no authority over the operation or supervision of the Nevada State prison system.

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge