UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PERCY LAVAE BACON, | ) | 2:11-CV-00900-KJD-GWF |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID ROGER, *et al.*, | ) | |
| Defendants. | ) | |

Plaintiff has failed to respond to Defendant Roger's Motion to Strike Plaintiff's "Amended Opposition" (Doc. #18). As a result, Plaintiff consents to the granting of said Motion in accord with the Local Rules of this Court.

**IT IS THEREFORE ORDERED** that Defendant Roger's Motion to Strike Plaintiff's "Amended Opposition" (Doc. #18) is **GRANTED.**

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge