1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                         DISTRICT OF NEVADA
7                              * * *
8   PERCY LAVAE BACON,              )        2:11-CV-00900-KJD-GWF
                                    )
9             Plaintiff,            )        **ORDER**
                                    )
10  vs.                             )
                                    )
11  DAVID ROGER, *et al.*,          )
                                    )
12            Defendants.           )
    _____    )
13
14        The Court having read and considered Plaintiff's Motion for Summary
15  Judgment (Doc. #19) filed July 7, 2011, Defendant Roger's Response in Opposition
16  thereto (Doc. #26) filed July 21, 2011, and Plaintiff's Reply (Doc. #35) filed July 29,
17  2011, and good cause appearing,
18        **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc.
19  #19) is **DENIED**.
20   DATED: August 16, 2011.
21
22                                   _____
                                     PHILIP M. PRO
23                                   United States District Judge
24
25
26