UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PERCY LAVAE BACON, | ) | 2:11-CV-00900-KJD-GWF |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID ROGER, *et al.*, | ) | |
| Defendants. | ) | |

Plaintiff Bacon having failed to file a response in opposition to Defendant Roger's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #23) filed July 8, 2011,

**IT IS ORDERED** that Defendant Roger's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #23) is **GRANTED**.

DATED: August 16, 2011.

PHILIP M. PRO
United States District Judge