UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PERCY LAVAE BACON, ) | 2:11-CV-00900-KJD-GWF |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| DAVID ROGER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The Court having dismissed Plaintiff's First Amended Complaint by a prior order,

**IT IS ORDERED** that Defendant Roger's Motion to Strike Plaintiff's "First Amended - (A)" Complaint, Document 17(Doc. #24) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant Roger's Motion to Strike Errata to First Amended Complaint (Doc. #39) is **DENIED** as moot.

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge