UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PERCY LAVAE BACON, | ) | 2:11-CV-00900-KJD-GWF |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID ROGER, *et al.*, | ) | |
| Defendants. | ) | |

The Court having read and considered Plaintiff's Motion for Discovery Pursuant to Fed. R. Civ. P. 56(b)(2) in Order to Support the Plaintiff's Opposition to the Defendant David Roger's Motion to Dismiss/Summary Judgment (Doc. #20) filed July 7, 2011, Defendant Roger's Opposition thereto and Counter-Motion for Stay of Discovery (Doc. #27) filed July 21, 2011, and Plaintiff's Reply (Doc. #35) filed July 29, 2011, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Discovery Pursuant to Fed. R. Civ. P. 56(b)(2) in Order to Support the Plaintiff's Opposition to Defendant David Roger's Motion to Dismiss/Summary Judgment (Doc. #20) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Roger's Motion to Stay Discovery (#27) is **DENIED** as moot.  In light of this Court's prior Order granting Defendant's Motion to Dismiss.

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge