UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| PERCY LAVAE BACON, | ) | 2:11-CV-00900-PMP-CWH |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID ROGER, *et al.*, | ) | |
| Defendants. | ) | |

The Court having read and considered Plaintiff Bacon's Motion for a Declaration that Defendant is Not Immune from Suit (Doc. #38) filed July 29, 2011, and Defendant's Response in Opposition thereto (Doc. #44) filed August 15, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff Bacon's Motion for a Declaration that Defendant is Not Immune from Suit (Doc. #38) is **DENIED**.

DATED: October 6, 2011.

PHILIP M. PRO
United States District Judge