UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PERCY LAVAE BACON, | ) | 2:11-CV-00900-PMP-CWH |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID ROGER, *et al.*, | ) | |
| Defendants. | ) | |

**IT IS ORDERED that** Plaintiff's Motion to be Allowed Carbon Paper (Doc. #55) is **DENIED**.

DATED: October 6, 2011.

_____
PHILIP M. PRO
United States District Judge