UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PERCY LAVAE BACON, | 2:11-CV-00900-PMP-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| DAVID ROGER, *et al.*, | |
| Defendants. | |

The Court having read and considered Plaintiff's Motion to Set Aside Judgment (Doc. #56) and Plaintiff's Motion to Alter or Amend Judgment (Doc. #57), Defendant's Response thereto (Doc. #60) and Plaintiff's Reply (Doc. #61), and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion to Set Aside Judgment (Doc. #56) and Plaintiff's Motion to Alter or Amend Judgment (Doc. #57) are **DENIED**.

DATED: October 6, 2011.

*[signature]*

PHILIP M. PRO
United States District Judge