UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PERCY LAVAE BACON, | ) | 2:11-CV-00900-PMP-CWH |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID ROGER, *et al.*, | ) | |
| Defendants. | ) | |

Before the Court for consideration are Plaintiff's Motion for Leave to Certify a Question of Law (Doc. #74) filed October 12, 2011, and Plaintiff's Motion for Permanent Injunction Forbidding the Defendant from Claiming Immunity (Doc. #75) filed October 13, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff Percy Bacon's Motion for Leave to Certify a Question of Law (Doc. #74) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Percy Bacon's Motion for Permanent Injunction Forbidding the Defendant from Claiming Immunity (Doc. #75) is **DENIED**.

DATED: October 21, 2011.

_____
PHILIP M. PRO
United States District Judge