FILED

UNITED STATES COURT OF APPEALS

NOV 15 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PERCY LAVAE BACON, <br><br> Respondent. | No. 11-80155 <br><br> DC# CV-11-900-PMP <br> Nevada (Las Vegas) <br><br><br> ORDER |

Before: O'SCANNLAIN, LEAVY, and TROTT, Circuit Judges.

This court has reviewed the petition for writ of mandamus and accompanying documents lodged October 21, 2011 pursuant to the pre-filing review order entered in this docket.  Because the petition is so insubstantial as to not warrant further review, it shall not be permitted to proceed.  *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions regarding this order shall be filed or entertained.

SVG/Pro Se